Deverie Christensen, Nevada Bar No. 6596
Deverie.Christensen@jacksonlewis.com
Eric Magnus, *Admitted Pro Hac Vice*
Georgia Bar No. 801405
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Southwest Gas Corporation*

Don Springmeyer, Nevada Bar No. 1021
Bradley S. Schrager, Nevada Bar No. 10217
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Local Counsel for Plaintiff*

Jason T. Brown, *Admitted Pro Hac Vice*
Nicholas Conlon, *Admitted Pro Hac Vice*
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310 Phone: (201) 630-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EBONY HOWARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST GAS CORPORATION,<br><br>Defendant. | Case No.: 2:18-cv-01035-JAD-VCF<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Plaintiff EBONY HOWARD ("Plaintiff"), by and through her attorneys of record, pursuant to the Court's February 11, 2019 order and instructions at the February 11, 2019 hearing on the Parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 18) hereby files the following revised documents:

1. **Amended Proposed Order**: an amended proposed order is filed as Exhibit 1 hereto. Exhibit 2 reflects the revisions that were made from the proposed order originally filed on January 23, 2019 (ECF No. 18-4);

2. **Amended Settlement Agreement and Release and Exhibits A. C. D. and E**: filed herewith as Exhibit 3 are revised version of the Parties' Settlement Agreement and Release and their revisions to several of the exhibits thereto, namely the Consent to Join Form (Ex. A, formerly referred to as "Claim Form"); the two versions of the notice to the collective/class (Exs. C and D), and the Opt-Out Form (Ex. E). These revisions were made to make the notice/opt-in process contemplated under the Settlement Agreement more consistent with 29 U.S.C. § 216(b), as well as other miscellaneous corrections directed by the Court at the February 11, 2019 hearing. Exhibit 4 reflects the revisions that were made from the "Joint Stipulation of Settlement and Release" filed on January 23, 2019 (ECF No. 18-1).

RESPECTFULLY SUBMITTED,

DATED: February 21, 2019            **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

/s/ Don Springmeyer
Don Springmeyer
Bradley S. Schrager

Attorneys for Plaintiff

DATED: February 21, 2019            **JACKSON LEWIS P.C.**

/s/ Deverie Christensen
Deverie Christensen
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2019, a true and correct copy of **JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP